# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| | § | |
| V. | § | CASE NO. 4:11cv343 |
| | § | (consolidated with 4:11cv350) |
| PALISADES COLLECTION, ET AL | § | |

## ORDER OF CONSOLIDATION

Having reviewed the record in this case, 4:11cv343, and cause number 4:11cv350, the Court finds that they involve common questions of law and fact that effectively arise from the same transaction or occurrence and may involve effectively the same parties in interest.  The Court finds that consolidation is appropriate and necessary as the cases have common questions of law and fact and consolidation will simplify and expedite the litigation of the parties' claims.

Therefore, Cases 4:11cv343 and 4:11cv350 are ordered consolidated, to be held before Judge Michael H. Schneider under Case No. 4:11cv343, and the Clerk of the Court is directed to docket all future filings in the above-listed matters under Case No. 4:11cv343.

**It is SO ORDERED.**

**SIGNED this 23rd day of July, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

1