**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **DAVID E. MACK,** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| **v.** | )   **Civil Action No. 4:11-cv-00343** |
| | )          Consolidated with 4:11cv350 |
| **PALISADES COLLECTION, LLC,** *et al.* | ) |
| | ) |
| *Defendant.* | ) |

**FINAL JUDGMENT**

In accordance with the Court's order of dismissal, it is hereby **ORDERED, ADJUDGED,**

**and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 30th day of November, 2011.**


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE